UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL JERMAINE DEES,

    Plaintiff,

v.                                         Case No. 3:25cv735-LC-HTC

CHRISTOPHER POWELL, et al.,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on December 3, 2025 (ECF No. 24), recommending this case be dismissed without prejudice for failure to state a claim and failure to comply with Court orders. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 24) is adopted and incorporated by reference in this order.

2.	This case is DISMISSED WITHOUT PREJUDICE for failure to state a claim and failure to comply with Court orders.

3.	The clerk shall close the file.

**DONE AND ORDERED** this 5th day of January, 2026.


			s/*L.A. Collier*			
			**LACEY A. COLLIER**
			**SENIOR UNITED STATES DISTRICT JUDGE**